# DECISIONES PER CURIAM

Nos. 3017, 3018 y 3019. — MÉNDEZ HERMANOS, APLTES., v. MUNICIPIO DE YABUCOA, APDO.; YABUCOA SUGAR CO., APLTE., v. MUN. DE YABUCOA, APDO.; VILLAFAÑE APLTE., v. MUN. DE YABUCOA, APDO.—Abril 2, 1924. *Certiorari.* Examinados los autos y los alegatos en estos casos y teniendo en cuenta lo tardía de la reclamación, se confirmó la sentencia de acuerdo con la jurisprudencia establecida en *Berríos* v. *Asamblea Municipal,* 30 D.P.R. 414, *Alonso, Riera & Co.* v. *Benedicto,* 30 D.P.R. 107, *Freiría & Cía.* v. *Tesorero,* 32 D.P.R. 663.

No. 3302.—ARMSTRONG, APDO., v. FAURI, APLTES. — C. D. Ponce. Abril 2, 1924. Desestimado el recurso a instancia del apelado, por no haberse presentado exposición del caso.

No. 3226.—QUIÑONES, APDAS., v. TEMBLEG, ALPTE.—C. D. San Juan, Distrito 1º. Abril 4, 1924. Cobro de dinero. No apareciendo que el Juez de Distrito abusara de su poder discrecional al negarse a anular el juicio que fué celebrado de acuerdo con la ley, ni constando claramente que exista una defensa meritoria, visto el caso de *Claudio* v. *Ortiz,* 29 D.P. R. 435, *se confirma* la resolución recurrida.

No. 3043.—ZEPPENFELDT, APDO., v. MARTÍNEZ, APLTE.—C. D. San Juan, Distrito 2º. Abril 7, 1924. *Injunction.* Apareciendo que los errores señalados carecen de importancia y que la verdadera cuestión fundamental es la del hecho de la posesión que se reclama y, además, que dicha cuestión fué resuelta por la corte de distrito de acuerdo con las alegaciones y las pruebas, sin que se haya demostrado que al apreciar las mismas hubiere actuado con pasión, prejuicio o parcialidad, se declara sin lugar el recurso y *se confirma* la sentencia.